## DORRILL v. STATE.

No. 26792.

Court of Criminal Appeals of Texas.

Jan. 27, 1954.

No attorney on appeal.

Wesley Dice, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for unlawfully operating a motor vehicle upon a public highway while under the influence of intoxicating liquor; the punishment assessed is a fine of $150.

The complaint and information, as well as all other matters of procedure, appear to be regular. The record is before this court without a statement of facts or bills of exception. Therefore, nothing is presented for review.

The judgment of the trial court is affirmed.